Keon Williams
keonwilliams542@gmail.com
P.O. Box 224
Lovelock, NV 89419



✓ Filed __Received __Entered __Served On
Counsel/Parties of Record

MAR - 6 2023

Clerk US District Court
District of Nevada
By:_____ Deputy

## IN THE UNITED STATES DISTRICT COURT OF
### Nevada State

Keon Williams                                    **3:23-cv-00090-MMD-CSD**

      Plaintiff

Vs.

SHAWN THORNHILL

      Defendant

### AFFIDAVIT TO PROCEED IN FORMA PAUPERIS

The Above plaintiffs are a Living Breathing Flesh Man, in Propria Persona, do affirm and say and declare by my signature that the following is true and correct to the best of my knowledge.

The affiant is not a lawyer and his pleadings cannot be treated as such. In fact, according to Haines v. Kerner, 404 U.S. 519 (1972), a complaint, "however in-artfully pleaded," must be held to "less stringent standards than formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears "beyond doubt that the

plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Id., at 520-521, quoting Conley v. Gibson, 355 U.S. 41, 45-46 (1957).

1. Affiant is currently unemployed.
2. The affiant owns no assets, stocks, bonds, car(s), and etc.
3. The affiant cannot possibly pay for filing fees, appearance fee, and/or court fees associated with the action due to his present income.The affiant is not receiving any funds from any other source; therefore, prepayment of fees should be waived.
4. Not allowing the affiant's action to proceed without prepayment of fees when affiant has clearly demonstrated that he cannot afford to pay the filing fees is a denial of "Access to the Courts," in violation of the First, and Fifth, Amendments of the United States Constitution.
5. Since, equal access to the courts is a constitutional right. Courts must not condition access to a judicial hearing on the prepayment of fines or fees.
6. The errors of the defendant have left the plaintiff
7.  broke and struggling to make ends meet.

**WHEREFORE,** based upon the foregoing grounds and the authority cited therein, the respondent respectfully requests this Honorable Court to allow this action to proceed without prepayment of filing fees, "In The Interest of Justice."

## Certificate of service

**Plaintiffs do swear that a copy of this intial breif was given to the U.S.P.S for mailing to the Nevada federal court 400 S Virginia St UNIT 301, Reno, NV 89501**

/S  _Keon Williams  UCC 1-308_

**Keon Williams/Plaintiff**