UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEON WILLIAMS,

    Plaintiff

v.

SHAWN HOWARD THORNHILL,

    Defendant

Case No.: 3:23-cv-00090-MMD-CSD

**Order**

Plaintiff initiated this action by filing an "affidavit to proceed in forma pauperis" and a document he titled an "initial brief," which the court construes as a civil rights complaint. (ECF Nos. 1, 1-1.)

On August 2, 2023, the court issued an order giving Plaintiff 30 days, until September 1, 2023, to file an application to proceed *in forma pauperis* (IFP) on the court's form or pay the full $402 filing fee. (ECF No. 3.) That order was returned as undeliverable (ECF No. 4). However, Plaintiff did file an IFP application on the court's form on August 28, 2023. (ECF No. 5.)

A party must immediately file with the court written notification of any change of contact information, and failure to comply with this rule may result in dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court. LR IA 3-1.

Plaintiff has until **November 20, 2023**, to file a notice of change of address indicating his current contact information to the court. If Plaintiff files his updated contact information, the court will address his IFP application and screen his complaint under 28 U.S.C. § 1915(e)(2)(B).

///

///

If Plaintiff fails to timely file his updated contact information, the undersigned will issue a recommendation for dismissal of this action without prejudice under Local Rule IA 3-1.

**IT IS SO ORDERED**.

Dated: October 20, 2023

_____
Craig S. Denney
United States Magistrate Judge