# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEON WILLIAMS,

    Plaintiff

v.

SHAWN HOWARD THORNHILL,

    Defendants

Case No.: 3:23-cv-00090-MMD -CSD

**Report & Recommendation of
United States Magistrate Judge**

This Report and Recommendation is made to the Honorable Miranda M. Du, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff initiated this action by filing an "affidavit to proceed in forma pauperis" and a document he titled an "initial brief," which the court construes as a civil rights complaint. (ECF Nos. 1, 1-1.)

On August 2, 2023, the court issued an order giving Plaintiff 30 days, until September 1, 2023, to file an application to proceed *in forma pauperis* (IFP) on the court's form or pay the full $402 filing fee. (ECF No. 3.) That order was returned as undeliverable (ECF No. 4). However, Plaintiff did file an IFP application on the court's form on August 28, 2023. (ECF No. 5.)

On October 20, 2023, the court gave Plaintiff until November 20, 2023, to file a notice of change of address indicating his current contact information to the court. Plaintiff was cautioned that a failure to do so would result in a recommendation for dismissal of this action without prejudice. (ECF No. 6.)

That order was also returned as undeliverable (ECF No. 7), and Plaintiff still has not filed a notice of change of address.

A party must immediately file with the court written notification of any change of contact information, and failure to comply with this rule may result in dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court. LR IA 3-1.

As a result of Plaintiff's failure to keep the court apprised of his current address, it is recommended that this action be dismissed without prejudice and the pending applications for leave to proceed *in forma pauperis* (IFP) (ECF Nos. 1, 5) be denied as moot.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE** and **DENYING** the pending IFP applications (ECF Nos. 1, 5) as moot.

The Plaintiff should be aware of the following:

1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: December 1, 2023

_____
Craig S. Denney
United States Magistrate Judge

2