UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KEON WILLIAMS, | Case No. 3:23-cv-00090-MMD-CSD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SHAWN HOWARD THORNHILL, | |
| Defendant. | |

*Pro se* Keon Williams filed an initial brief that United States Magistrate Judge Craig S. Denney construed as a civil rights complaint. (ECF Nos. 1-1, 8 at 1.) Before the Court is Judge Denney's Report and Recommendation (ECF No. 8 ("R&R")), recommending that the Court dismiss this case without prejudice because all mail the Court has attempted to send Williams has been returned as undeliverable, despite repeated warnings to update his address or face dismissal in compliance with LR IA 3-1. Objections to the R&R were due December 15, 2023. (*See id.*) To date, no objections to the R&R have been filed—indeed, the R&R was returned as undeliverable, like the other orders the Court has attempted to send Williams (ECF No. 9; *see also* ECF No. 8 (describing prior warnings and documents returned as undeliverable)). Because the Court agrees with Judge Denney's analysis in the R&R, and as further explained below, the Court adopts the R&R in full and will dismiss this case without prejudice.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). To reiterate, the Court agrees

with Judge Denney that dismissal is appropriate given Williams' repeated failure to update his address. (ECF No. 8.)

It is therefore ordered that the Report and Recommendation of United States Magistrate Judge Craig S. Denney (ECF No. 8) is accepted and adopted in full.

It is further ordered that this case is dismissed, in its entirety, without prejudice.

It is further ordered that Williams' applications to proceed *in forma pauperis* (ECF Nos. 1, 5) are denied as moot.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 21st Day of December 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE